**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**EVER ALVARENGA RIOS,**

      *Petitioner*,

      **v.**

**VERNON LIGGINS,** *et al.*,

      *Respondents*.

**Civil No.: 1:26-cv-01333-JRR**

**ORDER**

Pending before the court is Petitioner Ever Alvarenga Rios' Amended Petition for Writ of Habeas Corpus (ECF No. 12; the "Amended Petition") as well as Respondents'[1] Response to Amended Petition (ECF No. 24) and Motion to Dismiss (ECF No. 25; the "Motion to Dismiss"). Following briefing by the parties, the court convened a hearing on the Amended Petition and Motion to Dismiss today, May 20, 2026.   For the reasons set forth on the record in open court, it is this 20th day of May 2026:

      **ORDERED** that the Amended Petition (ECF No. 12) shall be, and is hereby, **DENIED WITHOUT PREJUDICE**; and further it is

      **ORDERED** that the Government's Motion to Dismiss (ECF No. 25) shall be, and is hereby, **DENIED AS MOOT**; and further it is

      **ORDERED** that the Government's Motion to Seal at ECF No. 27,[2] shall be, and is hereby, **GRANTED**; and further it is

      **ORDERED** that the order at ECF No. 5 shall be, and is hereby, **VACATED**.

      Madam Clerk is directed to **CLOSE THIS CASE**.

---

[1] Respondents are referred to herein collectively as the "Government."
[2] Per ECF No. 30, the court construes the Government's Motion to Seal at ECF No. 27 to include the medical records filed at ECF No. 30.

/S/

_____
Julie R. Rubin
United States District Judge